IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARK EARL PALMER,** <br> **AIS 209502,** <br><br> Petitioner, <br><br> vs. <br><br> **LOUIS BOYD,** <br><br> Respondent. | : <br> : <br> : <br> :     CA 08-0371-CG-C <br> : <br> : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE** and **ORDERED** this 29th day of December, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE